BLANK ROME, LLP
Attorneys for Plaintiffs
BRADE CARRIERS, INC. and
ZENITH MACAO COMMERCIAL OFFSHORE CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
jgreenbaum@blankrome.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADE CARRIERS, INC. and ZENITH MACAO COMMERCIAL OFFSHORE CO. LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> EL POTRERO MINERALES S.A. DE C.V. and AYIKO CAPITAL I LTD., <br><br> Defendants. | 08 Civ. <br><br> **RULE 7.1 STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs BRADE CARRIERS, INC. and ZENITH MACAO COMMERCIAL OFFSHORE CO. LTD., certify that, according to information provided to counsel by its clients, BRADE CARRIERS, INC. and ZENITH MACAO COMMERCIAL OFFSHORE CO. LTD., are not

publicly held corporations or subsidiaries or affiliates of a publicly held corporation.

Dated:    New York, New York
          July 2, 2008

                                      BLANK ROME, LLP
                                      Attorneys for Plaintiffs
                                      BRADE CARRIERS, INC. and ZENITH MACAO
                                      COMMERCIAL OFFSHORE CO. LTD.

By _____
        Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
jgreenbaum@blankrome.com