BLANK ROME, LLP
Attorneys for Plaintiffs
BRADE CARRIERS, INC. and
ZENITH MACAO COMMERCIAL OFFSHORE CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
jgreenbaum@blankrome.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/3/0 F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADE CARRIERS, INC. and ZENITH
MACAO COMMERCIAL OFFSHORE CO.
LTD.,

          Plaintiffs,

-against-

EL POTRERO MINERALES S.A. DE
C.V. and AYIKO CAPITAL I LTD.,

          Defendants.

08 Civ. 6087 (PAC)

**ORDER APPOINTING**
**PROCESS SERVER**

Plaintiffs, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael

Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is

not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this

matter, and it appearing from the affidavit of Jack A. Greenbaum, Esq., that such appointment

will result in substantial economies in time and expense,

NOW, on motion of Blank Rome, LLP, attorneys for Plaintiffs, it is

**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a

party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the

130125.00601/6651650v.1

Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:        New York, New York
              July 2 , 2008

                                              SO ORDERED:

                                              _____
                                              U.S.D.J.