Chtty/J

BLANK ROME, LLP
Attorneys for Plaintiffs
BRADE CARRIERS, INC. and
ZENITH MACAO COMMERCIAL OFFSHORE CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
jgreenbaum@blankrome.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 3 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADE CARRIERS, INC. and ZENITH MACAO COMMERCIAL OFFSHORE CO. LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> EL POTRERO MINERALES S.A. DE C.V. and AYIKO CAPITAL I LTD., <br><br> Defendants. | 08 Civ. 6087 (PAC) <br><br> **ORDER OF DISMISSAL AND RELEASE OF RULE B ATTACHMENT** |

PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendants, and

WHEREAS, on July 3, 2008, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendants under the control of, or held by various garnishees in New York.

NOW, on the consent of the attorney for plaintiffs, it is

ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action on July 3, 2008, be and is hereby vacated and all funds restrained pursuant thereto shall be released, and it is further

130125.00601/6666039v.1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, NY
September 2, 2008

Respectfully submitted,
BLANK ROME, LLP
Attorneys for Plaintiffs
BRADE CARRIERS, INC. and
ZENITH MACAO COMMERCIAL OFFSHORE CO. LTD.

By _____
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

SO ORDERED: SEP 0 3 2008

_____
U.S.D.J.